IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.J. ANTS, INC. : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 06-5669 |
| MARINELLI ENTERPRISES, LLC, : | |
| ET AL., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this _____ day of February, 2011, after a bench trial, pursuant to Federal Rule of Civil Procedure 52(a), **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff.

**AND IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.